UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



| | |
|---|---|
| ANTOINE GUY JEAN PAUL BORDELAIS<br>Plaintiff,<br>And<br><br>PATRICIA MICHELLOD,<br>Respondent. | Case No.  20-cv-3550<br><br>Honorable Thomas M. Durkin |

**MOTION TO RECONSIDER ORDER OF JUNE 19, 2020,**

**SECONDARILY, FOR LEAVE TO FILE AMENDED COMPLAINT**

The Plaintiff, ANTOINE GUY JEAN PAUL BORDELAIS in support of his motion states as follows:

1. On June 19, 2020, the Court entered an order dismissing the present complaint [5]. Grounds for dismissal are detailed in the order.

2. The order correctly identifies the complaint as a primarily tort claim for intentional infliction of emotional distress, a state-law claim. The order accepts that the court has subject matter jurisdiction over such claim should diversity jurisdiction be established.

3. The order further states that the "*Plaintiff did not provide the citizenship of the parties and thus has failed to establish diversity jurisdiction*". This assessment of the facts by the Court is erroneous in that:

    a. the Complaint clearly states at par. 2 that "*The respondent is dual Swiss and US national*" [1];

    b. the Civil cover sheet clearly states that the defendant is "*Citizen of This (U.S.) State*" (tick box) under "III. CITIZENSHIP OF PRINCIPAL PARTIES" [2];

    c. there is no other facts that would contradict these statements.

4. In considering the complaint the court incorrectly assessed the facts and wrongly concluded that no information was provided on the citizenship of the respondent. On this basis alone the plaintiff is seeking to have the order reconsidered and the dismissal order withdrawn, diversity jurisdiction having been established.

5. Secondarily, and should the above be denied, the plaintiff is seeking leave to re-file the original complaint as an amended complaint on grounds that the original complaint was in

effect never duly considered as such by the court, key facts having either been accidentally overlooked or ignored.

**WHEREFORE,** the Plaintiff, ANTOINE GUY JEAN PAUL BORDELAIS, respectfully requests that this Court enter an Order:

A. Reconsider order of June 19, 2020, and file the Complaint as well as grant the plaintiff's in forma pauperis application.
B. SECONDARILY: Grant plaintiff's leave to file original complaint as amended complaint and grant the plaintiff's in forma pauperis application.
C. Order such further relief as the Court finds just and equitable.



_____

ANTOINE BORDELAIS, PLAINTIFF

### *VERIFICATION BY CERTIFICATION*

UNDER PENALTIES, as provided by law the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies, as aforesaid, the belief that the same are true.

July 20, 2020   _____

ANTOINE BORDELAIS, PLAINTIFF